**Edgar Fernando Blanco PUERTA,**
**Petitioner–Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE, OFFICE OF ATTORNEY GENERAL; Michael T. Shelby, United States Attorney (Southern District of Texas); Neil H. Adler, Federal Bureau of Prisons, Respondents–Appellees.**

No. 05–20154.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 23, 2006.

Edgar Fernando Blanco Puerta, Houston, TX, pro se.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Edgar Fernando Blanco Puerta, federal prisoner # 16259–179, appeals the district court's dismissal of his 28 U.S.C. § 2241 petition without prejudice to Puerta's seeking relief via the appropriate procedural vehicle. Although Puerta has briefed the merits of his claims, he has failed to address the procedural issue presented by the district court's dismissal of his petition. Puerta has failed to brief the sole relevant issue for appeal. *See Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987). His appeal therefore is dismissed as frivolous. *See* 5TH CIR. R. 42.2.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.